COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Sunbelt Securities, Inc., Jeanine Fisher, Cheryl Brown, The Fisher Group, and Monique Mandell v. David Mandell & Raymond J. Black, Administrator of the Estate of William Mandell, Deceased |
| Appellate case number: | 01-21-00209-CV |
| Trial court case number: | 473747-402 |
| Trial court: | Probate Court No. 1 of Harris County |

On April 28, 2021, appellants, Sunbelt Securities, Inc., Jeanine Fisher, Cheryl Brown, and The Fisher Group (the "Sunbelt appellants") filed a notice of appeal from the trial court's April 9, 2021 order denying the Sunbelt appellants' motion to compel arbitration. On April 29, 2021, appellant, Monique Mandell ("Mandell") filed a notice of appeal from the trial court's April 9, 2021 order denying Mandell's motion to compel arbitration.

The Sunbelt appellants' brief was filed on June 18, 2021, and Mandell's appellant's brief was filed on June 21, 2021. Appellees, David Mandell and Raymond J. Black, Administrator of the Estate of William Mandell, Deceased, each filed their brief on July 28, 2021. The Sunbelt appellants have filed a motion for extension of time to file a reply brief, requesting that the deadline to file a reply brief be extended to August 31, 2021.

The Sunbelt appellants' motion includes a certificate of conference representing that counsel for appellee David Mandell and appellant Monique Mandell are unopposed to the relief requested, but that "[c]ounsel for the other parties did not respond." *See* TEX. R. APP. P. 10.1(a)(5). The Sunbelt appellants' motion is **granted**. *See* TEX. R. APP. P. 10.3(a)(1). **The Sunbelt appellants' reply brief, if any, is due to be filed with this Court no later than August 31, 2021**.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
               ☑ Acting individually    ☐ Acting for the Court

Date: ____August 24, 2021_____